LOUIS O'DONNELL et al., Copartners under the Firm Name of O'DONNELL TOWING AND TRANSPORTATION COMPANY, Appellants and Respondents, *v.* MARINE TRANSIT CORPORATION, Defendant, and GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Respondent and Appellant.

(Submitted April 16, 1934; decided April 17, 1934.)

Motion to amend remittur granted. Recall of remittitur requested and when returned it will be amended by allowing costs in all courts to Globe and Rutgers Fire Insurance Company against appellants O'Donnell et al. (See 264 N. Y. 101.)